UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO LOPEZ, | No. C-11-5542 EMC |
| Plaintiff, | |
| v. | **ORDER DISMISSING COMPLAINT WITH PREJUDICE** |
| WACHOVIA MORTGAGE FSB, *et al.*, | |
| Defendants. | |
| _____/ | |

On January 18, 2012, the Court granted Plaintiff's motion to proceed in forma pauperis but dismissed the complaint without prejudice for lack of subject matter jurisdiction. Mr. Lopez was given thirty (30) days from the date of the order to file an amended complaint and was expressly informed that, if no timely amended complaint were filed, then the case would be dismissed with prejudice, and the Clerk of the Court would enter judgment against him and close the file in the case.

As of this day, no amended complaint has been filed. Accordingly, the Court hereby dismisses the complaint with prejudice as to all Defendants. The Clerk is instructed to enter judgment and close the file.

IT IS SO ORDERED.

Dated: February 24, 2012

_____
EDWARD M. CHEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ERNESTO LOPEZ,

        Plaintiff,

v.

WACHOVIA MORTGAGE et al,

        Defendant.

Case Number: CV11-05542 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 24, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ernesto Lopez
9651 Saren Court
Elk Grove, CA 95624

Dated: February 24, 2012

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

2